# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WILLIAM S. WILFONG & SHARON K. WILFONG        Case Number: 08-72237
7312 MCCONNELL ROAD        SSN-xxx-xx-3991 & xxx-xx-6488
ROCK CITY, IL  61070

Case filed on: 7/16/2008
Plan Confirmed on: 10/31/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,478.10        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY MARK E ZALESKI | 3,500.00 | 3,500.00 | 1,324.59 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,324.59 | 0.00 |
| 999 | WILLIAM S. WILFONG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCE | 4,266.22 | 4,266.22 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCE | 4,132.83 | 4,132.83 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 818.44 | 818.44 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 1,968.49 | 1,968.49 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 2,546.43 | 2,546.43 | 0.00 | 0.00 |
| 009 | DFS SERVICES LLC | 4,995.32 | 4,995.32 | 16.21 | 0.00 |
| 010 | LVNV FUNDING LLC | 7,236.53 | 7,236.53 | 23.48 | 0.00 |
| 011 | WELLS FARGO FINANCIAL | 1,031.71 | 1,031.71 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 610.53 | 610.53 | 0.00 | 0.00 |
| 013 | FHN PHYSICIANS | 46.26 | 46.26 | 0.00 | 0.00 |
| 014 | FHN MEMORIAL HOSPITAL | 642.89 | 642.89 | 0.00 | 0.00 |
|  | Total Unsecured | 28,295.65 | 28,295.65 | 39.69 | 0.00 |
|  | Grand Total: | 31,795.65 | 31,795.65 | 1,364.28 | 0.00 |

Total Paid Claimant:  $1,364.28
Trustee Allowance:  $113.82
Percent Paid Unsecured:  0.14

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By  /s/Heather M. Fagan